# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **DAMEON R. FUSILIER** | **CIVIL ACTION NO. 2:17-cv-1212** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **ELIZABETH ZAUNBRECHER, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Defendants' Motion to Dismiss [Doc. No. 24] is **DENIED** without prejudice to Defendants' abilities to assert any applicable arguments against the claims as pleaded in Plaintiff's Second Amended Complaint.

MONROE, LOUISIANA, this 18th day of September, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE