UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAMEON R. FUSILIER, ET AL. | : | CIVIL ACTION NO. 2:17-cv-1212 |
| VERSUS | : | JUDGE CAIN |
| ELIZABETH ZAUNBRECHER, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 58] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** the Motion to Dismiss [doc. 46] be **GRANTED**, the plaintiff's 42 U.S.C. § 1983 claims be **DISMISSED WITH PREJUDICE** and the plaintiff's state law claims be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 22 day of July, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE